## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | | |
|---|---|---|
| **ELOISE COLLINS** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:16-cv-2822-JPM-tmp** |
| | ) | |
| **THE HARTFORD LIFE AND ACCIDENT** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | |
| **Defendant** | ) | |

### NOTICE OF SETTLEMENT

Now come plaintiff ELOISE COLLINS and defendant HARTFORD LIFE AND

ACCIDENT INSURANCE COMPANY, and give notice that the above-styled action has settled.

Once the settlement is consummated, the parties will file a stipulation of dismissal with the

Court.

This 22nd day of June, 2017.

s/ *John E. Dunlap*

John E. Dunlap (013223)

Attorney for Plaintiff

3294 Poplar Avenue, No. 240
Memphis, Tennessee 38111
(901) 329-1603 (telephone)
(901) 320-6914 (facsimile)
jdunlap00@gmail.com

s/ *Nikole M. Crow*

Nikole M. Crow (admitted *PHV*)

Attorney for Defendant

WOMBLE CARLYLE SANDRIDGE
    & RICE, LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
ncrow@wcsr.com