*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

---

**ELOISE COLLINS,**

                        **JUDGMENT IN A CIVIL CASE**

      **Plaintiff,**

**v.**

**THE HARTFORDD LIFE AND**           **CASE NO: 2:16-cv-2822-tmp**
**ACCIDENT INSURANCE COMPANY**

      **Defendants.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered

    IT IS SO ORDERED AND ADJUDGED that pursuant to the Order Dismissing Case with Prejudice entered on July 17, 2017 this case is hereby DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.


**APPROVED:**

s/ Tu M. Pham
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| **July 17, 2017** | **THOMAS M. GOULD** |
| **DATE** | Clerk of Court |
| | |
| | s/Sandra McClain |
| | (By) Deputy Clerk |